770 A.2d 706

IN THE MATTER OF JERROLD D. GOLDSTEIN,
AN ATTORNEY AT LAW.

May 1, 2001.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11(a) seeking the immediate temporary suspension from practice of **JERROLD D. GOLDSTEIN** of **NORTH PLAINFIELD,** who was admitted to the bar of this State in 1967, and good cause appearing;

It is ORDERED that **JERROLD D. GOLDSTEIN** is temporarily suspended from the practice of law, effective immediately and until the further Order of the Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JERROLD D. GOLDSTEIN** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of the Court; and it is further

ORDERED that **JERROLD D. GOLDSTEIN** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.